Lamont McCord #33071-183  
F.C.I. Williamsburg  
P.O. Box 340  
Salters, South Carolina  
        29590

11-9-19

RECEIVED NOV 12 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA

RE: 404 Amendment

    I qualify for the 404 Amendment, can I please be asigned an attorney.

                3:06CR387