**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 20-7584

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

LAMONT E. MCCORD,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:06-cr-00387-REP-2)

Submitted: February 18, 2021                      Decided: February 23, 2021

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lamont E. McCord, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont E. McCord appeals from the district court's order denying relief on his motion for a sentence reduction pursuant to § 404 of the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222. We have reviewed the record and find that the district court did not abuse its discretion in declining to reduce McCord's sentence. *See United States v. Jackson*, 952 F.3d 492, 495-97 (4th Cir. 2020) (reviewing decision on First Step Act motion for abuse of discretion). Accordingly, we affirm for the reasons stated by the district court. *United States v. McCord*, No. 3:06-cr-00387-REP-2 (E.D. Va. Oct. 8, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*